# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:18CV11 |
| $31,915.00 IN UNITED STATES CURRENCY, | AMENDED ORDER FOR PROGRESSION OF CIVIL FORFEITURE CASE |
| Defendant, | |
| and | |
| JAMES MOSER, | |
| Claimant. | |

This matter came before the Court on the Consent Motion to Extend Progression Order (Filing No. 18). The parties request extensions of certain case progression deadlines set forth in the Order for Progression of Case (Filing No. 12). For good cause shown,

**IT IS ORDERED** that the Consent Motion to Extend Progression Order (Filing No. 18) is granted, and the parties ("parties" includes claimants) shall abide by the following provisions and case progression deadlines:

1. **Discovery Deadlines:**

    a. The deadline for completing **written discovery** under Rules 33 through 36 of the Federal Rules of Civil Procedure is **September 30, 2018**.

    b. Motions to compel Rule 33 through 36 discovery must be filed by **October 15, 2018.** Counsel are reminded of the provisions of NECivR 7.1(i). Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference to discuss the parties' dispute.

    c. All **depositions**, whether or not they are intended to be used at trial, shall be completed by **October 29, 2018**.

2. **Motions to Dismiss/Motions for Summary Judgment/Motions to Suppress.** All motions to dismiss, motions for summary judgment, and motions to suppress shall be filed not later than **November 5, 2018.** *See* NECivR 56.1 and NECivR 7.1.

3. **A jury trial** is tentatively set for the **month of February 2019**, and is tentatively scheduled for **two trial days**. **A Final Pretrial Conference** with the undersigned magistrate judge will be held at least two weeks prior to the scheduled trial date.

4. **Motions to alter dates**. All requests for changes of deadlines established by this order shall be directed to the magistrate judge by appropriate motion. The parties may also request a telephone planning conference with the magistrate judge to discuss scheduling.

Dated this 3rd day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge