# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$31,915.00 IN UNITED STATES CURRENCY,<br><br>    Defendant,<br><br>  and<br><br>JAMES MOSER,<br><br>    Claimant. | 8:18CV11<br><br><br>**AMENDED<br>ORDER** |

  This matter is before the Court following a telephone conference held with counsel for the parties on March 6, 2019. In accordance with the matters discussed at the telephone conference,

  **IT IS ORDERED** as follows:

1) The non-jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **June 3, 2019**, or as soon thereafter as the case may be called, for a duration of two (2) trial days. This case is subject to the prior trial of other civil cases that may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled before the undersigned magistrate judge on **May 20, 2019**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **May 13, 2019**.

3) Motions in limine shall be filed by **May 6, 2019**. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

4) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 6th day of March, 2019.

                BY THE COURT:

                s/ Michael D. Nelson<br>
                United States Magistrate Judge