IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18-CV-11 |
| vs. | |
| $31,915.00 IN UNITED STATES CURRENCY, | JUDGMENT |
| Defendant, | |
| and | |
| JAMES MOSER | |
| Claimant, | |

Pursuant to the accompanying Findings of Fact and Conclusions of Law, the Court enters judgment for the plaintiff and against the claimant and the defendant property, and the property is forfeited to the plaintiff.

Dated this 16th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge