IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$31,915.00 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br><br>and<br><br>JAMES MOSER,<br><br>        Claimant. | 8:18CV11<br><br>ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOLD NOT BE DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All exhibits from Non-Jury Trial held July 15, 2019

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 14th day of December, 2023.

BY THE COURT:

s/ John M. Gerrard
Senior United States District Judge